IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

v.                                  No. CIV 12-1297 KG/RHS

BRODERICK SHARP, SEAN CONNORS,
ANTHONY MEDRANO,
and COLLEEN BULTMAN,

    Defendants.

**STIPULATED ORDER GRANTING COUNTY DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT No. I ON GAHAN'S COUNT II ALLEGING BATTERY AND FALSE IMPRISONMENT UNDER THE NEW MEXICO TORT CLAIMS ACT**

    This matter is before the Court on County Defendants' Unopposed Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. I on Gahan's Count II Alleging Battery and False Imprisonment under the New Mexico Tort Claims Act. For the reasons stated in the motion, the Court finds that there is good cause to grant the desired relief.

    Based upon the foregoing, it is **ORDERED** and **DECREED** that:

    1.    County Defendants' Unopposed Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. I on Gahan's Count II Alleging Battery and Count III alleging False Imprisonment under the New Mexico Tort Claims Act is **GRANTED**.

    2.    County Defendants shall have leave to file their Reply in Support of Motion for Partial Summary Judgment No. I on Gahan's Count II Alleging Battery and False Imprisonment

under the New Mexico Tort Claims Act which exceeds twelve (12) pages, provided they do not exceed nineteen (19) pages.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ROBLES, RAEL & ANAYA, P.C.

By:   /s/ Luis Robles
        Luis Robles
        Frank T. Apodaca
        Attorneys for County Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico 87102
        (505) 242-2228
        (505) 242-1106 (facsimile)

APPROVED BY:

COYTE LAW, P.C.

By:   *Approval by Jack Jacks, Esq.*
        Matthew E. Coyte, Esq.
        1000 Second Street NW
        Albuquerque, NM 87102
        (505) 244-3030
        (505) 244-1406 (facsimile)

LAW OFFICE OF J.B. JACKS

By:   *Approved via e-mail on January 23, 2014*
        Jack B. Jacks, Esq.
        1000 Second Street NW
        Albuquerque, NM 87102
        (505) 463-1021
        (888) 503-5086 (facsimile)