IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

v.                                                                   No. CIV 12-1297 KG/RHS

**BRODERICK SHARP, SEAN CONNORS,**
**ANTHONY MEDRANO,**
**and COLLEEN BULTMAN,**

    **Defendants.**

**STIPULATED ORDER GRANTING COUNTY DEFENDANTS' AMENDED
(UNOPPOSED) MOTION TO EXCEED PAGE LIMITS ON REPLY IN SUPPORT OF
THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT No. II ON GAHAN'S COUNT I
ALLEGING SEARCH, SEIZURE, AND ARREST WITHOUT PROBABLE CAUSE**

    This matter is before the Court on County Defendants' Amended (Unopposed) Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. II on Gahan's Count I Alleging Search, Seizure, and Arrest Without Probable Cause.  For the reasons stated in the motion, the Court finds that there is good cause to grant the desired relief.

    Based upon the foregoing, it is **ORDERED** and **DECREED** that:

    1.    County Defendants' Amended (Unopposed) Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. II on Gahan's Count I Alleging Search, Seizure, and Arrest Without Probable Cause is **GRANTED**.

    2.    County Defendants shall have leave to file their Reply in Support of Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. II on

Gahan's Count I Alleging Search, Seizure, and Arrest Without Probable Cause which exceeds twelve (12) pages, provided they do not exceed thirteen (13) pages.

_____
UNITED STAES DISTRICT JUDGE

SUBMITTED BY:

ROBLES, RAEL & ANAYA, P.C.

By:   /s/ Luis Robles
     Luis Robles
     Frank T. Apodaca
     Attorneys for County Defendants
     500 Marquette Ave., NW, Suite 700
     Albuquerque, New Mexico 87102
     (505) 242-2228
     (505) 242-1106 (facsimile)

APPROVED BY:

COYTE LAW, P.C.

By:   *Approval by Jack Jacks, Esq.*
     Matthew E. Coyte, Esq.
     1000 Second Street NW
     Albuquerque, NM 87102
     (505) 244-3030
     (505) 244-1406 (facsimile)

LAW OFFICE OF J.B. JACKS

By:   *Approved via e-mail on February 13, 2014*
     Jack B. Jacks, Esq.
     1000 Second Street NW
     Albuquerque, NM 87102
     (505) 463-1021
     (888) 503-5086 (facsimile)