IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                                            Civ. No. 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
ANTHONY MEDRANO,
and COLLEEN BULTMAN,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted, in part, County Defendants' Motion for Partial Summary Judgment No. II on Count I of Gahan's Amended Complaint Alleging Search and Seizure Without Probable Cause (Doc. 75) by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment,

    IT IS ORDERED that

    1.  summary judgment is entered in favor of Defendants on the Count I claim in the Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights (Amended Complaint) (Doc. 21) which alleges that Defendants violated the Fourth Amendment when they initially stopped and detained Plaintiff;

    2.  summary judgment is entered in favor of Defendants Sean Connors and Colleen Bultman on the Count I claim in the Amended Complaint which alleges that they violated the Fourth Amendment when they initially decided to search Plaintiff for weapons and drugs;

3. summary judgment is entered in favor of Defendants Broderick Sharp and Anthony Medrano on the Count I claim in the Amended Complaint which alleges that they violated the Fourth Amendment when they initially decided to search Plaintiff for weapons; and

4. the above claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE