IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                              Civ. No. 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
ANTHONY MEDRANO,
and COLLEEN BULTMAN,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted in part County Defendants' Motion for Partial Summary Judgment No. I on Gahan's Count II Alleging Battery and False Imprisonment Under the New Mexico Tort Claims Act (Doc. 74) by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendant Sean Connors on Count II of the Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights (Doc. 21) (Amended Complaint);

    2. Count II of the Amended Complaint is dismissed with prejudice as to Defendant Connors only;

    3. summary judgment is entered in favor of Defendants on the New Mexico Tort Claims Act (NMTCA) false imprisonment claims brought in Count III of the Amended Complaint;

    4. the NMTCA false imprisonment claims brought in Count III of the Amended Complaint are dismissed with prejudice;

     5.  summary judgment is entered in favor of Defendants on any punitive damages claims brought in Counts II and III of the Amended Complaint; and

     6.  those punitive damages claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE