IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

        Plaintiff,

vs.                                           Civil. No. CIV 12-1297 KG/SCY

BRODERICK SHARP, *et al.*,

        Defendants.

### ORDER MOVING THE TRIAL LOCATION TO ALBUQUERQUE

THIS MATTER having come before the Court upon the Stipulated Motion/Request to Move the Trial Location to Albuquerque, and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that the trial be moved to the 3rd Floor Rio Grande Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico, beginning March 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

  /s/ Matthew E. Coyte
Matthew E. Coyte
201 Third Street NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030

/s/ Jack B. Jacks
Jack B. Jacks
(505) 463-1021
*Attorneys for Plaintiff*


--AND—


ROBLES, RAEL & ANAYA, P.C.


  electronically approved 1/23/15
Luis Robles
Frank Apodaca
*Attorneys for Defendants*
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228

2