IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

v.                                          No. CIV 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
ANTHONY MEDRANO,
and COLLEEN BULTMAN,

    Defendants.

**STIPULATED ORDER GRANTING COUNTY DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON REPLY IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT No. III AND RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

    This matter is before the Court on County Defendants' Unopposed Motion to Exceed Page Limits on Reply in Support of Their Motion for Partial Summary Judgment No. III on Gahan's Count III Alleging False Arrest under the New Mexico Tort Claims Act and Response to Plaintiff's Cross-Motion for Summary Judgment. For the reasons stated in the motion, the Court finds that there is good cause to grant the desired relief.

    Based upon the foregoing, it is **ORDERED** and **DECREED** that:

    1.    County Defendants' Motion to Exceed Page Limits for Their Reply in Support of Their Motion for Partial Summary Judgment No. III on Gahan's Count III Alleging False Arrest under the New Mexico Tort Claims Act and Response to Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**.

2. County Defendants shall have leave to file their Reply in Support of Their Motion for Partial Summary Judgment No. III on Gahan's Count III Alleging False Arrest under the New Mexico Tort Claims Act and Response to Plaintiff's Cross-Motion for Summary Judgment on Gahan's Count I Alleging Search, Seizure, and Arrest Without Probable Cause which exceeds twelve (12) pages, provided they do not exceed thirty-two (32) pages exclusive of signature blocks.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ROBLES, RAEL & ANAYA, P.C.

By: /s/ Luis Robles
    Luis Robles
    Lindsay Drennan
    Nicholas Autio
    Attorneys for County Defendants
    500 Marquette Ave., NW, Suite 700
    Albuquerque, New Mexico 87102
    (505) 242-2228
    (505) 242-1106 (facsimile)

APPROVED BY:

COYTE LAW, P.C.

By: *Approval by Jack Jacks, Esq.*
    Matthew E. Coyte, Esq.
    1000 Second Street NW
    Albuquerque, NM 87102
    (505) 244-3030
    (505) 244-1406 (facsimile)

LAW OFFICE OF J.B. JACKS


By: <u>*Approved via e-mail on February 20, 2015*</u>
      Jack B. Jacks, Esq.
      1000 Second Street NW
      Albuquerque, NM 87102
      (505) 463-1021
      (888) 503-5086 (facsimile)