IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                                       Civ. No. 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
ANTHONY MEDRANO,
and COLLEEN BULTMAN,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted County Defendants' Motion for Partial Summary Judgment No. III on Count III of Gahan's Amended Complaint Alleging False Arrest Under the New Mexico Tort Claims Act (Doc. 126) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment,

    IT IS ORDERED that

    1. summary judgment is granted in favor of Defendants on the Count III false arrest claim raised in the Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights (Doc. 21); and

    2. that claim is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE