IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

       Plaintiff,

vs.                                                                            CIV 12-1297 KG/SCY

BRODERICK SHARP,
SEAN CONNORS,
COLLEEN BULTMAN and
ANTHONY MEDRANO,

       Defendants.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, APRIL 22, 2015 AT 1:30 PM**. Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                                                          UNITED STATES DISTRICT JUDGE