IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                                              CIV 12-1297 KG/SCY

BRODERICK SHARP,
SEAN CONNORS,
COLLEEN BULTMAN and
ANTHONY MEDRANO,

    Defendants.

## ORDER RESETTING HEARINGS

IT IS HEREBY ORDERED that a the telephonic status conference and hearing on Plaintiff's Motion for Sanctions (Doc. 203) set for Thursday, August 27, 2015, at 1:30 PM is VACATED and RESET for **TUESDAY, SEPTEMBER 1, 2015, AT 1:30 PM** in the 5th Floor Mimbres Courtroom, Las Cruces, New Mexico.   The County is directed to file with the Court under seal (non-ex parte) the Internal Affairs investigation report, referenced in Doc. 203-1, by 5:00 PM August 28, 2015.   Detective Anthony Medrano is ordered to appear for the motion hearing.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE