IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

        Plaintiff,

vs.                                           Civil. No. CIV 12-1297 KG/SCY

BRODERICK SHARP, *et al.*,

        Defendants.

## ORDER SANCTIONING DEFENDANT ANTHONY MEDRANO

THIS MATTER having come before the Court upon Plaintiff's Motion for Sanctions Against Defendant Anthony Medrano [Doc. 203], and the Court having been advised and heard oral arguments on September 1, 2015;

THE COURT FINDS that Defendant Medrano violated his ongoing duty to supplement discovery in this matter, and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that Anthony Medrano is sanctioned in the amount of $20,000.00, as agreed to by the parties involved.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

APPROVED BY:

/s/ Matthew E. Coyte
Matthew E. Coyte
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030

Jack B. Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 463-1021
*Attorneys for Plaintiff*

--AND—


ROBLES, RAEL & ANAYA, P.C.

electronically approved 9/22/15
Luis Robles
Lindsay Drennan
*Attorneys for County Defendants*
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228