IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                                                                     CIV 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
COLLEEN BULTMAN and
ANTHONY MEDRANO,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a telephonic status conference is set on **THURSDAY, OCTOBER 15, 2015, AT 1:30 PM**.   Counsel shall call in to Judge Gonzales' Meet-Me Conference Line at 505-348-2354 approximately 5 minutes earlier to be connected to the conference. *This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE