IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

      Plaintiff,

vs.                                                                                          CIV 12-1297 KG/SCY

BRODERICK SHARP, SEAN CONNORS,
COLLEEN BULTMAN and
ANTHONY MEDRANO,

      Defendants.

## SECOND AMENDED ORDER SETTING STATUS/PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that an in-person status/pretrial conference is set on Thursday, October 29, 2015, at 1:30 p.m. at the United States District Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE