IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

        Plaintiff,

vs.                                       Civil. No. CIV 12-1297 KG/SCY

BRODERICK SHARP, *et al.*,

        Defendants.

## ORDER EXTENDING TRIAL DEADLINES

THIS MATTER having come before the Court upon the parties Joint Motion to Extend Trial Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parties and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that the deadline for jury instructions, motions in limine, deposition testimony designations, Daubert motions, and joint statement of the case is extended until November 4, 2015. Further the corresponding response deadlines are extended until November 11, 2015.

                                                                    UNITED STATES DISTRICT JUDGE

APPROVED BY:

/s/ Matthew E. Coyte
Matthew E. Coyte
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030

/s/ Jack B. Jacks
Jack B. Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 827-1800
*Attorneys for Plaintiff*

--AND—

ROBLES, RAEL & ANAYA, P.C.

<u>Electronically approved 10/27/15</u>
Luis Robles
Lindsay Drennan
*Attorneys for Defendants*
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228