IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MEGAN GAHAN,

    Plaintiff,

vs.                                                    Civ. No. 12-1297 KG/SCY

RODERICK SHARP, *et al.*,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have notified the Court that they have reached a negotiated resolution in this matter.

Wherefore,

**IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **DECEMBER 4, 2015**, absent a request showing good cause for an extension.

_____
UNITED STATES DISTRICT JUDGE