IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MEGAN GAHAN,**

    Plaintiff,

v.                                                        CIV 12-1297 KG/SCY

**BOARD OF COUNTY COMMISSIONERS**
**OF BERNALILLO COUNTY,**

    Defendant.

### STIPULATED ORDER GRANTING
### UNOPPOSED MOTION TO SUBSTITUTE PARTIES

**THIS MATTER** came before this Court on County Defendants' Unopposed Motion to Substitute the Board of County Commissioner of Bernalillo County for the individually named Defendants in this matter. Being fully advised in the premises and noting that all parties concur with the relief sought, the Court finds that County Defendants' Unopposed Motion to Substitute Parties is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Board of County Commissioners of Bernalillo County is substituted for the name of the individually named Defendants in this matter, and that all claims against the individual defendant are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


/s/ Luis Robles
Luis Robles
Lindsay Drennan
Nick Autio
Attorneys for County Defendants
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228 (telephone)
(505) 242-1106 (facsimile)
luis@roblesrael.com
lindsay@roblesrael.com
nick@roblesrael.com


APPROVED BY:


*Approved via e-mail on 12/04/2015*
Matthew E. Coyte, Esq.
Coyte Law, P.C.
201 Third Street NW, Suite 1920
Albuquerque, New Mexico 87102
(505) 244-3030
(505) 244-1406 (facsimile)
mcoyte@earthlink.net


*Approved by Matthew Coyte, Esq.*
Jack B. Jacks, Esq.
Law Office of J.B. Jacks
201 Third Street NW, Suite 1920
Albuquerque, New Mexico  87102
(505) 463-1021
(888) 503-5086 (facsimile)
jack.justiceinc@gmail.com