IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MEGAN GAHAN,**

    Plaintiff,

v.                                        CIV 12-1297 KG/SCY

**BOARD OF COUNTY COMMISSIONERS
OF BERNALILLO COUNTY,**

    Defendant.

**STIPULATED ORDER GRANTING
UNOPPOSED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

**THIS MATTER** came before this Court on Plaintiff, Megan Gahan's, Unopposed Motion to Dismiss all claims against Defendant with prejudice. Being fully advised in the premises and noting that all parties concur with the relief sought, the Court finds that Plaintiff's Unopposed Motion to Dismiss is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all of the claims which Plaintiff, Megan Gahan, brought or could have brought against previously named individual Defendants or Defendant Board of Commissioners of Bernalillo County in the above-entitled and number cause of action are hereby dismissed with prejudice. All parties to bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

  /s/ Matthew E. Coyte
Matthew E. Coyte, Esq.
Coyte Law, P.C.
201 Third Street NW, Suite 1920
Albuquerque, New Mexico 87102
(505) 244-3030
(505) 242-4339 (facsimile)
mcoyte@earthlink.net


  /s/ Jack B. Jacks
Jack B. Jacks, Esq.
Law Office of J.B. Jacks
201 Third Street NW, Suite 1920
Albuquerque, New Mexico   87102
(505) 247-1800
(505) 242-4339 (facsimile)
jack.justiceinc@gmail.com


APPROVED BY:


/s/ Luis Robles
Luis Robles
Lindsay Drennan
Nick Autio
Attorneys for County Defendants
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228 (telephone)
(505) 242-1106 (facsimile)

2